In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening of Eleventh Avenue, in the Borough of Brooklyn.

JOHN H. HANLEY, Appellant.

(Submitted March 3, 1913; decided March 11, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 206 N. Y. 687.)

---

In the Matter of Proving the Will of MARY IRVING, Deceased.

MARY GALVIN, Respondent; DELIA OGG, an Incompetent, by HARRY F. O'NEILL, Her Special Guardian, Appellant.

*Matter of Irving*, 153 App. Div. 728, affirmed.
(Argued February 25, 1913; decided March 14, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1912, which affirmed a decree of the New York County Surrogate's Court admitting to probate the will of Mary Irving, deceased.

*Harry Weinberger* for appellant.

*Raymond Ballantine* and *James P. Blue* for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.